UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.

Case No: 3:18-cv-08805-MAS-DEA

ARROWHEART REALTY COMPANY,
LLC, a New Jersey Limited Liability
Company,

    Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

| | |
|---|---|
| /s/Keith Harris | /s/Christopher J. O'Connell |
| Keith Harris, Esq. (KH4604) | Christopher J. O'Connell, Esq. |
| Braff, Harris, Sukoneck & Maloof | Sweeney & Sheehan, PC |
| 570 W. Mt. Pleasant Avenue, Suite 200 | 216 Haddon Avenue, Suite 500 |
| Livingston, NJ 07039-0657 | Westmont, NJ 08108 |
| Telephone: (973) 994-6677 | Telephone: (856) 869-5600 |
| Facsimile: (973) 994-1296 | Facsimile: (856) 869-5605 |
| kharris@bhsm-law.com | chris.oconnell@sweeneyfirm.com |
| and | *Attorneys for Defendant* |
| John P. Fuller, Esq., *pro hac vice pending* | |
| Fuller, Fuller & Associates, P.A. | |
| 12000 Biscayne Boulevard, Suite 502 | |
| North Miami, FL 33181 | |
| Telephone: (305) 891-5199 | |
| Facsimile: (305) 893-9505 | |
| jpf@fullerfuller.com | |
| *Attorneys for Plaintiffs* | |
| Date: **January 25, 2019** | Date: **January 25, 2019** |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

    Plaintiffs,

vs.

Case No: 3:18-cv-08805-MAS-DEA

ARROWHEART REALTY COMPANY,
LLC, a New Jersey Limited Liability
Company,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers in _Trenton_, _New Jersey_, this _28th_ day of _January_, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record